[No. 13815-1-III.    Division Three.    June 11, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL A. GURROLA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-1-00963-1, Robert N. Hackett, Jr., J., entered January 14, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 13942-5-III.    Division Three.    June 11, 1996.]
THE STATE OF WASHINGTON, *Respondent*, v. JAMES GILBERT MCKEE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 93-1-01874-1, Michael W. Leavitt, J., entered March 18, 1994. *Reversed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 14430-5-III.    Division Three.    June 11, 1996.]
*In the Matter of the Marriage of* KATHERINE J. JUSTUS, *Appellant*, and DUANE R. JUSTUS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-3-01430-7, Tari Eitzen, J., entered October 6, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Munson, J.

[No. 14961-7-III.    Division Three.    June 11, 1996.]
BRENDA L. WILSON, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-00289-3, Harold D. Clarke, J., entered June 9, 1995. *Reversed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.